# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.                           Case No.: 1:23−cr−00038
                                           Honorable Steven C. Seeger

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 6, 2023:

     MINUTE entry before the Honorable Steven C. Seeger as to George Bing Tonks: Status hearing held on September 6, 2023. The Court reviewed the special report (Dckt. No. [3]), which alleged that Defendant Tonks is harassing a victim in another prominent case. The Court admonishes Defendant Tonks and directs him to comply with all conditions of supervised release. As explained on the record, the Court amends the conditions of supervised release to include the condition that Defendant Tonks is forbidden from having any interaction with Maria Farmer of any kind, large or small. The Court prohibits Defendant from communicating with Maria Farmer by any means, for any reason, without leave of Court. The Court also prohibits Defendant from writing about Maria Farmer on social media (including Facebook, Instagram, Twitter, or anything else), or on any website, or anywhere else on the internet, or in any other type of public forum without leave of Court. Ms. Farmer is free to contact this Court, or the Probation Department, or counsel if Defendant violates this Order. The Court directs the Probation Officer to inform Maria Farmer that this Court has read her email sent on September 4, 2023, titled "for the judge," and has forbidden Mr. Tonks to contact her or speak about her in any public setting. The Court expects and directs full compliance by Defendant, and does not expect to receive any additional reports of violations from the Defendant. Mailed notice (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.